BERNARD FELLENBAUM, Respondent, v. AUGUSTA MILLER, Appellant, and HENRY L. McCARTHY, as Commissioner of Welfare of the City of New York, Respondent. (Action No. 1.) HENRY L. McCARTHY, as Commissioner of Welfare of the City of New York, Respondent, v. MILTON M. KARPEL et al., Appellants, and MOLLIE WEISS et al., Respondents. (Action No. 2.)

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.